# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA J. WILLARD,<br><br>　　　　　　　　　　　　Plaintiff,<br>　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　　　　　　　　　Defendant. | CASE NO. 09cv2689-LAB (WMc)<br><br>**ORDER ADOPTING IN PART REPORT AND RECOMMENDATION RE: APPLICATION TO PROCEED *IN FORMA PAUPERIS*** |

　　　　By order issued December 4, 2009, the Court referred this matter to Magistrate Judge William McCurine for report and recommendation. On December 8, Judge McCurine issued a report and recommendation (the "R&R") recommending that Plaintiff's application to proceed *in forma pauperis* (the "IFP Application") be granted.  The parties were given until December 22, 2009 to file any objections they might have to the R&R.

　　　　Because the R&R favors Plaintiff, she has no reason to object, and Defendant has not yet been served and so has no opportunity to object.  The Court therefore **REJECTS** that portion of the R&R that provides for an objection period and **ADOPTS** the remainder as its ruling.

　　　　As set forth in the R&R, Plaintiff's IFP Application is **GRANTED**.  The United States Marshals shall serve a copy of the complaint and summons upon Defendants as directed by Plaintiff on U.S. Marshal Form 285, with all costs of service to be advanced by the United

1  States.  Defendant shall reply to the complaint within the applicable provisions of Fed. R.
2  Civ. P. 12(a) and 42 U.S.C. § 1997e(g).
3       Plaintiff shall serve on Defendant or, if appearance has been entered by counsel,
4  on Defendant's counsel, a copy of every further pleading or other document submitted for
5  consideration of the Court.  Plaintiff shall include with the original paper to be filed with the
6  Clerk of the Court a certificate stating the manner in which a true and correct copy of any
7  document was served on the defendants or counsel of defendants and the date of service.
8  Any paper received by a district judge or magistrate judge which has not been filed with the
9  Clerk or which fails to include a Certificate of Service will be disregarded.
10  **IT IS SO ORDERED**.
11  DATED:  December 9, 2009

                                           */s/ Larry A. Burns*
                                **HONORABLE LARRY ALAN BURNS**
                                United States District Judge